**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1372**

———————

FRANCIS AKINRO, Pastor, Doctor,

                                          Plaintiff - Appellant,

        versus

SECRETARY,  DEPARTMENT  OF  HEALTH  AND  HUMAN
SERVICES,

                                          Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(CA-02-556-CCB)

———————

Submitted:  June 20, 2002            Decided:  June 25, 2002

———————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Francis Akinro, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Francis Akinro appeals the district court's order dismissing his complaint for the review of the denial of Social Security Disability Benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Akinro v. Secretary, Dep't of Health and Human Servs.</u>, No. CA-02-556-CCB (D. Md. Filed Mar. 29, 2002 & entered Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>